**2016–1647.  State v. Magnone.**
Clark App. No. 2015–CA–94, 2016-Ohio-7100.

**2016–1653.  Bretz v. Nagy.**
Portage App. No. 2015–P–0082, 2016-Ohio-3008.

**2016–1658.  Kitson v. Gordon Food Serv.**
Medina App. No. 15CA0078–M, 2016-Ohio-7079.

**2016–1660.  State ex rel. Huttman v. Parma.**
Cuyahoga App. No. 103691, 2016-Ohio-5624.

**2016–1664.  Griggs v. Thompson.**
Franklin App. No. 16AP–229, 2016-Ohio-7138.

**2016–1665.  Gordon v. Erie Islands Resort & Marina.**
Ottawa App. No. OT–15–035, 2016-Ohio-7107.
  O'DONNELL, J., dissents and would accept the cause on proposition of law No. I.
  KENNEDY, J., dissents.

**2016–1671.  Simons v. Buldas.**
Lucas App. No. L–15–1316, 2016-Ohio-7111.

**2016–1672.  In re A.B.**
Hamilton App. No. C–150743.
  KENNEDY, FRENCH, and O'NEILL, JJ., dissent.
  WILLIAM A. KLATT, J., of the Tenth District Court of Appeals, sitting for FISCHER, J.

**2016–1675.  In re T.U.**
Montgomery App. No. 26942, 2016-Ohio-7104.

**2016–1677.  In re L.J.W.**
Ashland App. No. 16 COA 013, 2016-Ohio-7054.

**2016–1683.  Mason v. Mason Professional Firefighters, IAFF Local 4049.**
Warren App. No. CA2015–12–111, 2016-Ohio-7194.
  KENNEDY and O'NEILL, JJ., dissent.

**2016–1684.  State v. Thompson.**
Trumbull App. No. 2015–T–0087, 2016-Ohio-7154.

**2016–1686.  Spellman Outdoor Advertising Servs., L.L.C. v. Turnpike & Infrastructure Comm.**
Portage App. No. 2015–P–0081, 2016-Ohio-7152.
  O'DONNELL, J., dissents.
  FISCHER, J., not participating.

**2016–1687.  Bryan v. Valley Care Health Sys. of Ohio.**
Mahoning App. No. 2015–T–0130, 2016-Ohio-7156.
  O'NEILL, J., dissents.

**2016–1696.  State v. Bronson.**
Hamilton App. No. C–150461.
  FISCHER, J., not participating.

**2016–1705.  Johnston v. State.**
Franklin App. No. 12AP–1022, 2016-Ohio-4761.

**2016–1707.  State v. Bluhm.**
Franklin App. No. 15AP–938, 2016-Ohio-7126.

**2016–1710.  Snyder v. Grant.**
Cuyahoga App. No. 103796, 2016-Ohio-5247.
  O'DONNELL, J., dissents.